# Exhibit 1

CASEY R. FRONK (Illinois Bar No. 6296535)
FronkC@sec.gov
TROY E. FLAKE (Cal. Bar No. 267523)
FlakeT@sec.gov
*Appearing pursuant to LR 83.2(b)*
Counsel for Plaintiff
Securities and Exchange Commission
351 South West Temple, Suite 6.100
Salt Lake City, UT 84101-1950
Tel.: (801) 524-5796
Fax: (801) 524-3558

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION - PIKEVILLE**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>JUSTIN WALLACE HERMAN, an individual; ANTHONY MICHAEL BAKER, an individual; IAN HORN, an individual, and ISLAND CAPITAL INC, a corporation;<br><br>　　　　　Defendants. | Case No.: 7:22-cv-00027-DLB-EBA<br><br>Judge: David L. Bunting<br><br>**DECLARATION OF CASEY R. FRONK IN SUPPORT OF PLAINTIFF'S MOTION FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANTS HERMAN, BAKER, AND ISLAND CAPITAL INC.** |

I, Casey R. Fronk, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

　　1.　　I am over the age of 21 and a resident of the State of Utah. I am a Trial Attorney with the United States Securities and Exchange Commission (the "Commission").

　　2.　　As part of my duties for the Commission, I am counsel of record in this case.

1

3. To date, Defendants Justin Wallace Herman, Anthony Michael Baker, and Island Capital Inc. have not requested extension of time to file an answer and no extension of time has been entered allowing any of them further time in which to respond to the Complaint.

Dated this 18th day of December, 2023

                                       Respectfully submitted,

                                       _____
                                       Casey R. Fronk
                                       Attorney for Plaintiff
                                       Securities and Exchange Commission