UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CIVIL NO. 7:22-cv-27-DLB-EBA

SECURITIES AND EXCHANGE COMMISSION                    PLAINTIFF

vs.                    ENTRY OF DEFAULT BY CLERK

JUSTIN WALLACE HERMAN                                 DEFENDANTS
ANTHONY MICHAEL BAKER
ISLAND CAPITAL INC.

\* \* \* \* \* \* \* \* \* \* \* \*

It appearing that a Complaint was filed in this case on the 7th day of April, 2022; and that the summons and Complaint was duly served upon the Defendants, Justin Wallace Herman, Anthony Michael Baker and Island Capital Inc., via waiver of service or via personal service and no answer or other pleading has been filed by the Defendants as required by law;

Therefore, upon request of the Plaintiff, Securities and Exchange Commission, default is hereby entered against the Defendants, Justin Wallace Herman, Anthony Michael Baker and Island Capital Inc., as provided in Rule 55(a), Federal Rules of Civil Procedure.

This the 19th day of December, 2023.

ROBERT R. CARR, CLERK

By: Tara Adkins, Deputy Clerk