MATTHEW MEYERHOFER (Cal. Bar No. 268559)
MeyerhoferM@sec.gov
Securities and Exchange Commission
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
(415) 705-2500

TROY E. FLAKE (Cal. Bar No. 267523)
FlakeT@sec.gov
Securities and Exchange Commission
351 South West Temple, Suite 6.100
Salt Lake City, UT 84101-1950
Tel.: (801) 524-5796
Fax: (801) 524-3558

*Appearing pursuant to LR 83.2(b)*
Counsel for Plaintiff Securities and Exchange Commission

### UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF KENTUCKY
### SOUTHERN DIVISION - PIKEVILLE

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br>　vs.<br><br>JUSTIN WALLACE HERMAN, an individual; ANTHONY MICHAEL BAKER, an individual; IAN HORN, an individual, and ISLAND CAPITAL INC, a corporation;<br><br>　　　　Defendant. | Case No.: 7:22-cv-00027-DLB-EBA<br><br>Judge: David L. Bunning<br><br>**NOTICE OF WITHDRAWAL** |

Pursuant to Local Civil Rule 83.6(b), notice is hereby given that Michael E. Welsh (Massachusetts Bar No. 693537) withdraws as counsel for Plaintiff Securities and Exchange Commission.  Mr. Welsh is no longer employed by the Securities and Exchange Commission. Plaintiff continues to be represented by attorneys who have appeared under Local Civil Rule

83.5(b); and the continuing attorneys are aware of and will comply with all pending deadlines, hearings, and trial dates.

Mr. Welsh has consented to the Securities and Exchange Commission filing this notice of withdrawal on his behalf.

Dated:  April 22, 2024

                                  Respectfully submitted,

                                  **SECURITIES AND EXCHANGE COMMISSION**

                                  /s/ *Matthew Meyerhofer*
                                  Matthew Meyerhofer
                                  MeyerhoferM@sec.gov
                                  Securities and Exchange Commission
                                  44 Montgomery Street, Suite 2800
                                  San Francisco, CA 94104
                                  (415) 705-2500
                                  Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd of April, 2024, I caused a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL** to be served on the following parties by the method indicated:

<u>Via U.S. First Class Mail</u>:

Joel Stephen Mills, Esq.
P.O. Box 281077
Nashville, TN 37228-8501
*Counsel for Defendant Justin Wallace Herman*

Anthony Michael Baker
104 Stafford St., Apt. D11
Bristol, TN 37620
*Pro Se Defendant*

Ian Horn, Esq.
2121 Fairfield Ave.
Brandon, FL 33510
*Pro Se Defendant*

Island Capital Inc
c/o Ira Branham, Registered Agent
4124 Franklin Pike
Nashville, TN  37204-4405
*Pro Se Defendant*

                                                /s/  Matthew Meyerhofer
                                                Matthew Meyerhofer