MATTHEW MEYERHOFER (Cal. Bar No. 268559)
Securities and Exchange Commission
44 Montgomery Street, Suite 700
San Francisco, CA 94104
*Appearing pursuant to LR 83.2(b)*
Counsel for Plaintiff Securities and Exchange Commission

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
## SOUTHERN DIVISION - PIKEVILLE

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br>　vs.<br><br>JUSTIN WALLACE HERMAN, an individual; ANTHONY MICHAEL BAKER, an individual; IAN HORN, an individual, and ISLAND CAPITAL INC, a corporation;<br><br>　　　　Defendant. | Case No.: 7:22-cv-00027-DLB-EBA<br><br>Judge:  David L. Bunning<br><br>**NOTICE OF DISMISSAL** |

　　　Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Securities and Exchange Commission gives notice that it hereby dismisses this action as against all remaining Defendants: Justin Wallace Herman, Anthony Michael Baker, and Island Capital Inc.

　　　Dated:  March 7, 2025

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**SECURITIES AND EXCHANGE COMMISSION**

　　　　　　　　　　　　　　　　　　　 /s/ *Matthew Meyerhofer*
　　　　　　　　　　　　　　　　　　　Matthew Meyerhofer
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　Securities and Exchange Commission
　　　　　　　　　　　　　　　　　　　44 Montgomery Street, Suite 700
　　　　　　　　　　　　　　　　　　　San Francisco, CA 94104
　　　　　　　　　　　　　　　　　　　(415) 705-2500
　　　　　　　　　　　　　　　　　　　MeyerhoferM@sec.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2025, I caused a true and correct copy of the foregoing **NOTICE OF DISMISSAL** to be served on the following parties by the method indicated:

<u>Via U.S. First Class Mail</u>:

Joel Stephen Mills, Esq.
P.O. Box 281077
Nashville, TN 37228-8501
*Counsel for Defendant Justin Wallace Herman*

Anthony Michael Baker
104 Stafford St., Apt. D11
Bristol, TN 37620
*Pro Se Defendant*

Island Capital Inc.
c/o Ira Branham, Registered Agent
4124 Franklin Pike
Nashville, TN 37204-4405
*Pro Se Defendant*

Ian Horn, Esq.
2121 Fairfield Ave.
Brandon, FL 33510
*Pro Se Defendant*

                                                     /s/ Matthew Meyerhofer
                                                     Matthew Meyerhofer